IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel JULIE McCARTAN,<br><br>                Plaintiff/Relator,<br><br>vs.<br><br>COCHISE HEALTH ALLIANCE MEDICAL GROUP, P.C., an Arizona professional corporation, et. al.,<br><br>                Defendants. | No. CV 01-652-TUC-RCC-(CRP)<br><br>**ORDER** |

On July 25, 2005, the Honorable Charles R. Pyle, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action. The Recommendation advised the Court to grant an award of attorney's fees in the amount of $45,000.00 for the 200 hours reasonably spent litigating the Qui Tam action at a reasonable hourly rate of $225 and an award of $3,666.17 for expenses. Pursuant to 28 U.S.C. § 636(b)(1)(B), a party objecting to the recommended disposition has ten (10) days in which to file specific, written objections. To date, no such objections have been filed.

The Court considers the Recommendation to be thorough and well-reasoned. After a thorough and *de novo* review of the record, the Court will adopt the Recommendation of the Magistrate Judge.

1  Accordingly,

2  **IT IS HEREBY ORDERED** that the Report and Recommendation (Docket No. 81)
3  is **ADOPTED** as the Opinion of the Court.

4  **IT IS FURTHER ORDERED** that an award of attorney's fees is **GRANTED** in the
5  amount of $45,000.00 for the 200 hours reasonably spent litigating the Qui Tam action at
6  a reasonable hourly rate of $225 and an award of $3,666.17 for expenses.

7  DATED this 27th day of September, 2005.

Raner C. Collins
United States District Judge